# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

| | |
|---|---|
| ABIGAIL SCHARF, ELIZABETH SCHARF, JOHN PELLEGRINO, GREGORY ROMAN PELLEGRINO and MIA PELLEGRINO, <br><br> Plaintiffs, <br><br> v. <br><br> CRISTIANE PELLEGRINO, EXECUTOR OF THE ESTATE OF GREGORY PELLEGRINO and Deloitte, LLP, <br><br> Defendants. | Civil Action No. 1:22-cv-00666 |

## **MOTION FOR ENTRY OF JUDGMENT**

On July 18, 2023, the Court granted Defendant's Motion for Summary Judgment and disposed of all claims (ECF No. 57). Pursuant to Federal Rule of Civil Procedure 58, Defendants hereby move for the Court to enter its July 18, 2023 judgment as a separate document on the docket.

Dated: August 22, 2023

          Respectfully submitted,

          */s/ Christopher J. Wiemken*
          Christopher J. Wiemken, Esq.
          CLARKE, DOLPH, HULL & BRUNICK, PLC
          5712 Cleveland Street, Suite 130
          Virginia Beach, VA 23462
          CWiemken@clarkedolph.com

          */s/ Ari Karen*
          Ari Karen, Esq.
          MITCHELL SANDLER
          1120 20th Street, NW, Suite 725
          Washington, DC 20036

Telephone: (202) 886-5267
akaren@mitchellsandler.com

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of August, 2023, in accordance with the Federal Rules of Civil Procedure, the foregoing Motion for Entry of Judgment was served by electronic mail and/or the Court's CM/ECF system on the following counsel of record:

Brad D. Weiss
Travis F. Salisbury
Mahdavi, Bacon, Halfhill & Young, PLLC
11350 Random Hills Rd., Ste. 700
Fairfax, VA 22030
(703) 352-1300 (office)
(703) 352-1301 (fax)
BWeiss@mbhylaw.com
TSalisbury@mbhylaw.com

*Counsel for Defendants*

          */s/ Christopher J. Wiemken*
          Christopher J. Wiemken, Esq.