UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ABIGAIL SCHARF, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTIANE PELLEGRINO, *et al.*, <br><br> *Defendants*. | No. 1:22-cv-00666 (MSN/IDD) |

### ORDER

This matter comes before the Court on Plaintiffs' Motion for Summary Judgment (Dkt. 41). For the reasons stated in the Memorandum Opinion (Dkt. 57), it is hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment (Dkt. No. 41) is **GRANTED**; and it is further

**ORDERED** that judgment be entered in Plaintiffs' favor. Deloitte LLP shall distribute the Death Benefit to the five named Plaintiffs in this case.

The clerk is directed to enter judgment in favor of Plaintiffs pursuant to Fed. R. Civ. P. 58 and to close this civil action.

**SO ORDERED**.

/s/
Hon. Michael S. Nachmanoff
United States District Judge

August 28, 2023
Alexandria, Virginia