# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | | |
|---|---|---|
| Abigail Scharf et al | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.   1:22-cv-00666-MSN-IDD |
| | ) | |
| | ) | |
| Kristiane Pellegrino et al | ) | |
| | ) | |
| Defendant | ) | |

## **JUDGMENT**

Pursuant to the Order of this Court entered on August 28, 2023 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiffs Abigail Scharf, Elizabeth Scharf, John Pellegrino, Gregory Roman Pellegrino and Mia Pellegrino and against Defendants Kristiane Pellegrino and Deloitte LLP.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
S. Williams
Deputy Clerk

Dated: 8/28/2023
Alexandria, Virginia